✎ AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Massachusetts__ on the following ✓ Patents or ☐ Trademarks:

| DOCKET NO.<br>1:24-cv-10008 | DATE FILED<br>January 2, 2024 | U.S. DISTRICT COURT<br>Massachusetts |
|---|---|---|
| PLAINTIFF<br><br>Singular Computer LLC | | DEFENDANT<br><br>Google LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 11,327,714 | May 10, 2022 | Singular Computing LLC |
| 2 | 10,754,616 | August 25, 2020 | Singular Computing LLC |
| 3 | 11,169,775 | November 9, 2021 | Singular Computing LLC |
| 4 | 11,768,659 | September 26, 2023 | Singular Computing LLC |
| 5 | 11,768,660 | September 26, 2023 | Singular Computing LLC |
| 6 | 11,842,166 | December 12, 2023 | Singular Computing LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy