# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGULAR COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:24-cv-10008 |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff, Singular Computing LLC, files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Singular Computing LLC does not have any parent corporation or any publicly held company owning more than 10% of its stock.

January 2, 2024

Respectfully submitted,

*/s/ Kevin Gannon*
Matthew D. Vella (BBO #660171)
Adam R. Doherty (BBO #669499)
Kevin Gannon (BBO #640931)
Brian Seeve (BBO #670455)
Suhrid Wadekar (BBO #676315)
Daniel McGonagle (BBO #690084)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: mvella@princelobel.com
Email: adoherty@princelobel.com
Email: kgannon@princelobel.com
Email: bseeve@princelobel.com
Email: swadekar@princelobel.com
Email: dmcgonagle@princelobel.com

                Kerry L. Timbers (BBO #552293)
                SUNSTEIN LLP
                100 High Street
                Boston, MA 02110
                Tel: (617) 443-9292
                Email: ktimbers@sunsteinlaw.com

                ATTORNEYS FOR THE PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                */s/ Kevin Gannon*